UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANK ORTIZ,<br><br>     Plaintiff,<br><br>vs.<br><br>DAVID KELLY, et al.,<br><br>     Defendants. | 3:05-cv-00113-LRH-VPC<br><br>ORDER |

  Before the court is Plaintiff's Objection to Magistrate Judge Cooke's Denial of Docket Document Nos. 47, 51 and 52 (#57[1]), which the court will treat as an opposition to the Magistrate's Order.

  The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

  The Magistrate Judge's Order (#55) will, therefore, be sustained.

  IT IS SO ORDERED.

  DATED this 25th day of April, 2007.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.