UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FRANK ORTIZ, ) | |
|                       Plaintiff, ) | 3:05-cv-00113-LRH-VPC |
| vs. ) | ORDER |
| DAVID KELLY, et al., ) | |
|                       Defendants. ) | |

      Before the court is Plaintiff's Objection to Magistrate Judge Cooke's Denial of Docket Document No. 59 and Striking of Document No. 58 (#64[1]); Plaintiff's Objection to Magistrate's Grant in Part of His Motion for Enlargment (sic) of Time Dated November 7, 2006, and Reply to Defendants' Untimely Opposition to Motion to Add Defendants (#65), and Plaintiff's Objection to Magistrate's November 7, 2006, Denial of Docket Nos. 60 & 61 (#67), all of which the court will treat as oppositions to the Magistrate's Order (#62).

      The Court has conducted its review in this case, has fully considered the Plaintiff's opposition, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's rulings are neither clearly erroneous nor contrary to law.

///

///

///

///

---

[1] Refers to this court's docket number.

1   The Magistrate Judge's Order (#62) will, therefore, be sustained.

2   IT IS SO ORDERED.

3   DATED this 3rd day of August, 2007.

```
                              LARRY R. HICKS
                              UNITED STATES DISTRICT JUDGE
```