UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FRANK ORTIZ, | ) |
| Plaintiff, | ) 3:05-cv-00113-LRH-VPC ) |
| vs. | ) ORDER ) |
| DAVID KELLY, et al., | ) ) |
| Defendants. | ) ) |

Before the court is Plaintiff's Objection to Magistrate Judge Cooke's Denial of Docket Document No. 97 (#102[1]), which the court will treat as a motion to reconsider Magistrate's Order #99.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#99) will, therefore, be sustained and Plaintiff's motion (#102) is denied.

IT IS SO ORDERED.

DATED this 5th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.