# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK ORTIZ, | ) | 3:05-CV-0113-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 28, 2008 |
| DAVID KELLY, et al., | ) | |
| Defendant(s). | ) | |

**PRESENT:** THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** LISA MANN          **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for subpoena against NDOC Director Howard Skolnik (#134). Defendants filed an opposition (#138) and plaintiff replied (#142). Plaintiff's motion for subpoena against NDOC Director Howard Skolnik (#134) is **DENIED**.

Defendants have moved for enlargement of time to file joint pretrial order (#140). Plaintiff filed an individual proposed pretrial order (#141) and opposed defendants' motion (#143). Defendants filed a reply (#s 144, 145, & 146). Defendants' motion for enlargement of time to file joint pretrial order (#140) is **GRANTED**. The joint pretrial order shall be filed on or before **May 28, 2008**. Plaintiff's individual proposed pretrial order (#141) is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk