UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

FRANK ORTIZ,  )
                                            ) 3:05-cv-00113-LRH-VPC
           Plaintiff,  )
                                            ) ORDER
vs.  )
                                            )
DAVID KELLY, et al.,  )
                                            )
          Defendants.  )

Before the court is Plaintiff's Objection to Magistrate Judge Cooke's Denial of His Second Motion for Subpoena Against Skolnik (#151[1]), which the court will treat as a motion to reconsider Magistrate's Order #147.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, Defendants' response (#153), Plaintiff's reply (#158) and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#147) will, therefore, be sustained and Plaintiff's motion (#151) is denied.

IT IS SO ORDERED.

DATED this 30th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.