UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK ORTIZ, | ) | 3:05-CV-0113-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 20, 2009 |
| DAVID KELLY, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for order directing defendants' agents at ESP law library to allow plaintiff to check out material (#245).  Defendants responded to the motion by stating that plaintiff's motion is now moot since the restriction on his check out privileges was lifted on February 13, 2009 (#248).  Plaintiff is currently allowed to check out eight items at a time from the ESP library.  Therefore,

**IT IS ORDERED** that plaintiff's motion for order directing defendants' agents at ESP law library to allow plaintiff to check out material (#245) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk