UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FRANK ORTIZ, ) | |
| ) | 3:05-cv-00113-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DAVID KELLY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the court is Plaintiff's Objection to 01/09/09 Minute Order by Magistrate Cooke (#244[1]) and Defendants' Response to Plaintiff's Objection to the Magistrate Judge's Minute Order [#243] (#246).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#243) will, therefore, be sustained and Plaintiff's objection (#244) is overruled.

IT IS SO ORDERED.

DATED this 5th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.