AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

FRANK ORTIZ,

    Plaintiff,

V.

DAVID KELLY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:05-cv-00113-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motions (#188, #234, and #261) are DENIED. Defendants' motions (#251 and #263) are GRANTED. Defendants' motion (#255) is GRANTED in its entirety. Plaintiff's motion (#241) is DENIED as moot. All other pending motions in this case are DENIED as moot.

March 25, 2009

**LANCE S. WILSON**
Clerk

/s/ P. McDonald
Deputy Clerk