# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK ORTIZ,

        Plaintiff,

  vs

DAVID KELLY, et al.,

        Defendants.

Case No. 3:05-cv-00113-LRH-VPC

ORDER

      Plaintiff is proceeding *pro se* in this civil rights action. On April 28, 2009, this court entered an order granting plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Docket #273). On May 5, 2009, defendants filed a motion for reconsideration of the court's order (Docket #275). On July 10, 2009, the Court of Appeals dismissed plaintiff's appeal (Docket #282).

      **IT IS THEREFORE ORDERED** that defendants' motion for reconsideration (Docket #275) is **DENIED as moot.**

      Dated this 13th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE